1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TASHEDA J. LEONARD-HAYSELDEN,          No.  2:22-CV-2213-DJC-DMC
     et al.,
12
                      Plaintiffs,
13                                          ORDER

            v.
14
     KRISTEN ZIMMERMAN,
15
                      Defendant.
16

17

18         Plaintiffs, who are proceeding pro se, bring this civil action.  For cases such as

19   this, which are based on federal question jurisdiction, the federal venue statute requires that the

20   action be brought only in (1) a judicial district where any defendant resides, if all defendants

21   reside in the same State, (2) a judicial district in which a substantial part of the events or

22   omissions giving rise to the claim occurred, or a substantial part of property that is the subject of

23   the action is situated, or (3) a judicial district in which any defendant may be found, if there is no

24   district in which the action may otherwise be brought.  See 28 U.S.C. § 1391(b).  Here, the

25   claim(s) arose in San Diego County, which is within the boundaries of the United States District

26   Court for the Southern District of California.  Therefore, the Court finds that this action most

27   appropriately proceeds in that district.  In the interest of justice, the Court will transfer this case.

28   See 28 U.S.C. § 1406(a).

1

1          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

2     United States District Court for the Southern District of California.

3

4     Dated:  May 4, 2023

5                                                    _____
                                                     DENNIS M. COTA
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28